FILED

2012 NOV 26  PM 2:27

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH ARTHUR ZIEMANN,<br><br>                                  Petitioner,<br><br>          vs.<br><br><br><br>B.M. CASH, Warden, et al.,<br><br>                                  Respondents. | CASE NO. 11-CV-2496 BEN (KSC)<br><br>**ORDER:**<br><br>**(1) ADOPTING REPORT AND RECOMMENDATION**<br><br>**(2) DENYING PETITION FOR WRIT OF HABEAS CORPUS**<br><br>**(3) DENYING PETITIONER'S REQUEST FOR EVIDENTIARY HEARING**<br><br>**(4) DENYING PETITIONER'S REQUEST FOR APPOINTMENT OF COUNSEL**<br><br>[Docket Nos. 11, 23] |

Petitioner Kenneth Arthur Ziemann, a state prisoner proceeding *pro se*, filed the instant First Amended Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. (Docket No. 11.) Respondent filed an Answer on May 25, 2012. (Docket No. 19.) Petitioner filed a Traverse on July 5, 2012. (Docket No. 22.)

Magistrate Judge Karen Crawford issued a thoughtful and thorough Report and Recommendation recommending that the Petition be denied. (Docket No. 23.) Any objections to the Report and Recommendation were due November 19, 2012. (*Id.*) Neither party filed any objections.

For the reasons that follow, the Report and Recommendation is **ADOPTED**.

A district judge "may accept, reject, or modify the recommended disposition" of a magistrate judge on a dispositive matter. FED. R. CIV. P. 72(b)(3); *see also* 28 U.S.C. § 636(b)(1). "[T]he district judge must determine de novo any part of the [report and recommendation] that has been properly objected to." FED. R. CIV. P. 72(b)(3). However, "[t]he statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (emphasis in original); *see also Wang v. Masaitis*, 416 F.3d 992, 1000 n.13 (9th Cir. 2005). "Neither the Constitution nor the statute requires a district judge to review, de novo, findings and recommendations that the parties themselves accept as correct." *Reyna-Tapia*, 328 F.3d at 1121.

In the absence of any objections, the Court fully **ADOPTS** Judge Crawford's Report and Recommendation. The habeas petition is **DENIED** on the grounds that Petitioner is not in custody in violation of any federal right. In addition, Petitioner's request for an evidentiary hearing and request for appointment of counsel is **DENIED**. The Clerk of Court shall enter judgment denying the Petition.

**IT IS SO ORDERED.**

DATED: November 26, 2012

HON. ROGER T. BENITEZ
United States District Judge

11cv2496